**Electronically Filed
Supreme Court
SCPW-23-0000284
19-JUN-2023
08:17 AM
Dkt. 13 ODDP**

SCPW-23-0000284

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

IN RE JULIE SMITH

ORIGINAL PROCEEDING

<u>ORDER DENYING PETITION</u>
(By: Recktenwald, C.J., McKenna, Eddins, JJ.,
Circuit Judge Somerville and Circuit Judge Morikawa,
appointed by reason of vacancies)

Upon consideration of the April 11, 2023 submission by Julie Smith and its supporting documents, filed with this court as a petition for a writ of mandamus, we conclude, with regard to the claims asserted against all parties, that Smith has failed to demonstrate a clear and indisputable right to relief from this court, or the lack of an alternate remedy, or both. <u>See</u> <u>Straub Clinic & Hosp. v. Kochi</u>, 81 Hawai'i 410, 414, 917 P.2d 1284, 1288 (1996). With regard to the Petitioner's complaint against the Office of Disciplinary Counsel (ODC), we conclude Smith failed to demonstrate that ODC has abused its discretion.

See <u>Breiner v. Sunderland</u>, 112 Hawai'i 60, 68, 143 P.3d 1262, 1270 (2006).  Therefore,

It is ordered that the petition is denied.

DATED:  Honolulu, Hawai'i, June 19, 2023.



/s/ Mark E. Recktenwald
/s/ Sabrina S. McKenna
/s/ Todd W. Eddins
/s/ Rowena A. Somerville
/s/ Trish K. Morikawa

